FILED
March 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Michael Trujillo___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER,<br><br>                Plaintiff,<br>v.<br><br>NIVAN TECH LLC and<br>GNANAVEL MADASAMY<br><br>                Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case # EP-22-CV-00027-FM<br>§<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE DEFENDANTS NIVAN TECH, LLC AND GNANAVEL MADASAMY

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendants Nivan Tech, LLC and Gnanavel Madasamy with prejudice. Plaintiff and Defendants Nivan Tech, LLC and Gnanavel Madasamy have resolved their case.

March 25, 2022　　　　　　　　　　　　Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

### CERTIFICATE OF SERVICE

I certify that on March 25, 2022, the foregoing document was electronically submitted to the clerk of the court for the Western District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record via electronic mail a copy of the foregoing.

March 25, 2022                          Respectfully submitted,

*Brandon Callier*

Brandon Callier
6336 Franklin Trail
El Paso, TX 79912
Callier74@gmail.com

**RECEIVED**
March 25, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
         DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **BRANDON CALLIER,** § § § | |
| Plaintiff, § | |
| v. § | Case # EP-22-CV-00027-FM |
| § | |
| **NIVAN TECH LLC and** § | |
| **GNANAVEL MADASAMY** § § | |
| Defendants. § § | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendants Nivan Tech, LLC and Gnanavel Madasamy, it is this, _____ day of _____, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss Defendants Nivan Tech, LLC and Gnanavel Madasamy be and is hereby

**GRANTED;**

**SO ORDERED**

_____
**United States District Judge**