UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | EP-22-CV-00027-FM |
| § | |
| NIVAN TECH, LLC and GNANAVEL § | |
| MADASAMY, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Before the court is "Plaintiff's Motion to Dismiss with Prejudice Defendants Nival Tech, LLC and Gnanavel Madasamy" ("Motion") [ECF No. 14], filed March 25, 2022 by Brandon Callier ("Plaintiff"). Therein, Plaintiff moves to dismiss Nivan Tech, LLC and Gnanavel Madasamy (collectively, "Defendants") with prejudice as they have "resolved their case."[1] Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."[2] The finds good cause to grant the Motion.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this **26** day of **May 2022.**

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] *See* "Plaintiff's Motion to Dismiss with Prejudice Defendants SLRA, LLC, Michael Delgado and Douglas Delgado" 1, ECF No. 6, filed May 25, 2022.

[2] FED. R. CIV. P. 41(a)(2).